IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID WAYNE HOULE,<br><br>Defendant. | No. CR08-0063<br><br>**ORDER FOR DETENTION** |

On the 4th day of April 2011, this matter came on for hearing on the Government's request to have the Defendant detained prior to a revocation hearing and the Defendant's request for a preliminary hearing. The Government was represented by Assistant United States Attorney Peter E. Deegan, Jr. The Defendant appeared personally and was represented by his attorney, Cory Goldensoph. At the time of hearing, Defendant waived his right to a preliminary hearing. For the reasons stated by the Court on the record at the time of the detention hearing, the Court concludes that the request for detention should be granted.

**ORDER**

IT IS THEREFORE ORDERED that the request for detention made at the initial appearance on revocation proceedings is hereby **GRANTED**. The Defendant shall be detained and in the custody of the United States Marshal pending a final revocation of supervised release hearing scheduled for April 21, 2011 at 9:00 a.m. before Chief Judge Linda R. Reade.

DATED this 4th day of April, 2011.

_____
JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA